UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

| | |
|---|---|
| In Re: | Case No.:  19-27127-JNP |
| Joseph Simonini, | Chapter:  13 |
| Debtor. | Hearing Date:  11/6/2019 |
| | Judge:  Poslusny |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 14)

_____

Date: 11/4/2019          /s/ Denise Carlon
                         Signature

*rev.8/1/15*