**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

**IN RE: JOSEPH M. SIMONINI, JR.**                          **CASE NO.: 19-27127-JNP**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Ditech Financial LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Court Claim # (if known): 6-1
Amount of Claim: $106,435.80
Date Claim Filed: 11/07/2019

Phone: 800-365-7107
Last Four Digits of Acct #: 1984

Phone: 888-298-7785
Last Four Digits of Acct #: 2413

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Aleisha Jennings                          Date: March 10, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

**IN RE: JOSEPH M. SIMONINI, JR.**                    **CASE NO.: 19-27127-JNP**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 11 2020</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Joseph M. Simonini, Jr.
314 E. Church Street
Blackwood, NJ 08012

And via electronic mail to:

Seymour Wasserstrum
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

**Robertson, Anschutz, Schneid & Crane LLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: <u>/s/ Nathan Doswell</u>
Email: ndoswell@rascrane.com