Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−27127−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph M. Simonini Jr.
   314 E. Church Street
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−2674

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 8, 2019.

On May 6, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             June 17, 2020
Time:             09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 7, 2020
JAN: eag

                                                        Jeanne Naughton
                                                        Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 19-27127-JNP
Joseph M. Simonini, Jr.                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: May 07, 2020
                               Form ID: 185                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db             +Joseph M. Simonini, Jr.,    314 E. Church Street,    Blackwood, NJ 08012-3909
518447258      +Ashlee V. Merlock,    211 Howard Street,    Millville, NJ 08332-4363
518447261      +City Of Bridgeton,    181 E. Commerce Street,    Bridgeton, NJ 08302-2623
518557961      #Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
518447262       Ditech Mortgage,    PO Box 9001719,    Louisville, KY 40290-1719
518447263      +Egg Harbor City Municipal Court,    500 London Ave,    Egg Harbor City, NJ 08215-1599
518447265     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court:    Forster, Garbus & Garbus,    60 Motor Parkway,
                Commack, NY 11725-5710)
518697940      +NJSVS, Surcharge Violation System Office,    PO Box 136,    Trenton, NJ 08666-0136
518756948       NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC 29603-0826,
518756949       NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC 29603-0826,
                NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
518447270       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
518447271     ++PMAB  LLC,    4135 SOUTH STREAM BLVD SUITE 400,    CHARLOTTE NC 28217-4636
                (address filed with court:    PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217)
518447274     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:    State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518447275       State Of New Jersey,    PO Box 4850,    Surcharge Violation System,    Trenton, NJ 08650-4850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:23       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:20       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518447256      +E-mail/Text: kristin.villneauve@allianceoneinc.com May 07 2020 23:37:29        Alliance One,
                4850 Street Rd. Ste 300,    Trevose, PA 19053-6643
518447257      +E-mail/Text: legal@arsnational.com May 07 2020 23:38:02       Ars National Services Inc,
                P.O. Box 463023,    Escondido, CA 92046-3023
518447259       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2020 23:41:50        Capital One Bank,
                PO Box 85015,    Richmond, VA 23285
518447264       E-mail/Text: bknotice@ercbpo.com May 07 2020 23:38:27       ERC,    PO Box 23870,
                Jacksonville, FL 32241-3870
518447268      +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 07 2020 23:37:53       IRS,    1601 Market St,
                Philadelphia, PA 19103-2301
518551351       E-mail/Text: JCAP_BNC_Notices@jcap.com May 07 2020 23:38:35       Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
518447269       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 07 2020 23:41:47        JPMCB Card Services,
                PO BOX 15369,    Wilmington, DE 19850
518447260       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 07 2020 23:42:32        Chase Bank,
                PO Box 15153,    Wilmington, DE 19886
518447271       E-mail/Text: EBN_Charlotte@MeduitRCM.com May 07 2020 23:37:36        PMAB LLC,
                4135 S Stream Blvd Ste,    Charlotte, NC 28217
518447272       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 23:43:37
                Portfolio  Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
518539214       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 23:43:36
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
518506057      +E-mail/Text: bncmail@w-legal.com May 07 2020 23:38:30       SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518447276      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 23:41:45       Syncb/Paypal,    PO Box 965005,
                Orlando, FL 32896-5005
518447277       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 07 2020 23:37:24
                Verizon,    PO Box 25087,    Attn: Caroline Maher,    Wilmington, DE 19899-5087
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518447266*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
518447267*      IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 07081
518447273*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:    Portfolio Recovery Associates, LLC,    PO Box 12914,
                Norfolk, VA 23541)
518507636*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1              User: admin                    Page 2 of 2                  Date Rcvd: May 07, 2020
                                  Form ID: 185                   Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
```
          Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Joseph M. Simonini, Jr. mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```