UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                                       CASE NO.: 19-27127-JNP
                                                                                                      CHAPTER 13

**Joseph M. Simonini, Jr.,**
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 7004

                                                          Robertson, Anschutz, Schneid, Crane &
                                                          Partners, PLLC
                                                          Authorized Agent for Secured Creditor
                                                          130 Clinton Rd #202
                                                          Fairfield, NJ 7004
                                                          Telephone: 470-321-7112

                                                          By: /s/Harold Kaplan
                                                              Harold Kaplan
                                                              Email: hkaplan@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOSEPH M. SIMONINI, JR.
314 E. CHURCH STREET
BLACKWOOD, NJ 08012

And via electronic mail to:

LAW OFFICES OF SEYMOUR WASSERSTRUM
205 WEST LANDIS AVENUE
VINELAND, NJ 08360

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

                                       By: /s/ Victoria Allen
                                       Victoria Allen
                                       Email: viallen@rascrane.com