Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-27127 (JNP)**

Joseph M. Simonini, Jr.  
314 East Church Street  
Blackwood, NJ  08012

Monthly Payment: $550.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2020 | $451.00 | 02/19/2020 | $451.00 | 03/30/2020 | $451.00 | 04/28/2020 | $451.00 |
| 06/01/2020 | $451.00 | 06/23/2020 | $550.00 | 07/28/2020 | $550.00 | 08/31/2020 | $550.00 |
| 09/30/2020 | $550.00 | 10/26/2020 | $550.00 | 11/30/2020 | $550.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH M. SIMONINI, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $812.28 |
| 1 | ALLIANCE ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS NATIONAL SERVICES INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ASHLEE V. MERLOCK | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,125.32 | $0.00 | $0.00 | $0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITY OF BRIDGETON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NEW REZ, LLC | 24 | $19,442.01 | $1,427.07 | $18,014.94 | $0.00 |
| 8 | ERC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EGG HARBOR CITY MUNICIPAL COURT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FORSTER, GARBUS & GARBUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PMAB LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | STATE OF NEW JERSEY | 28 | $256.76 | $0.00 | $256.76 | $0.00 |
| 19 | NJSVS | 24 | $4,800.00 | $352.33 | $4,447.67 | $0.00 |
| 20 | SYNCHRONY BANK | 33 | $201.03 | $0.00 | $0.00 | $0.00 |
| 21 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,832.39 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | JOSEPH M. SIMONINI JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $735.55 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | NJSVS | 33 | $5,779.97 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 7.00 | $0.00 |
| 05/01/2020 | Paid to Date | $3,587.00 |
| 06/01/2020 | 52.00 | $550.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,555.00 |
| Total paid to creditors this period: | $812.28 |
| Undistributed Funds on Hand: | $503.80 |
| Arrearages: | $550.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**