| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Harold Kaplan (HK0226) | Order Filed on April 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Joseph M. Simonini, Jr.,**<br><br>    **Debtor.** | Case No.: 19-27127-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |

### ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED.**

**DATED: April 21, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: **Joseph M. Simonini, Jr.**
Case No: 19-27127-JNP
Caption of Order: **ORDER VACATING STAY**

___

Upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- Real Property more fully described as: 314 E. Church Street, Blackwood, NJ 08012

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.