Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−27127−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph M. Simonini Jr.
   314 E. Church Street
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−2674

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/18/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 18, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-27127-JNP
Joseph M. Simonini, Jr.                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                              Page 1 of 3
Date Rcvd: May 18, 2022                    Form ID: 148                            Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID   |      | Recipient Name and Address |
|---|---|---|
| db         | +    | Joseph M. Simonini, Jr., 314 E. Church Street, Blackwood, NJ 08012-3909 |
| 518447258  | #+   | Ashlee V. Merlock, 211 Howard Street, Millville, NJ 08332-4363 |
| 518447261  | +    | City Of Bridgeton, 181 E. Commerce Street, Bridgeton, NJ 08302-2623 |
| 518447262  |      | Ditech Mortgage, PO Box 9001719, Louisville, KY 40290-1719 |
| 518447263  | +    | Egg Harbor City Municipal Court, 500 London Ave, Egg Harbor City, NJ 08215-1599 |
| 518447265  | ++   | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 518697940  | +    | NJSVS, Surcharge Violation System Office, PO Box 136, Trenton, NJ 08666-0136 |
| 518447270  |      | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518447274  |      | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518447275  |      | State Of New Jersey, PO Box 4850, Surcharge Violation System, Trenton, NJ 08650-4850 |
| 518507636  |      | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID   |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg        |   | Email/Text: usanj.njbankr@usdoj.gov | May 18 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg        | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518447256  | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 18 2022 20:36:00 | Alliance One, 4850 Street Rd. Ste 300, Trevose, PA 19053-6643 |
| 518447257  | + | Email/Text: legal@arsnational.com | May 18 2022 20:36:00 | Ars National Services Inc, P.O. Box 463023, Escondido, CA 92046-3023 |
| 518447259  |   | EDI: CAPITALONE.COM | May 19 2022 00:33:00 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 518447264  |   | Email/Text: bknotice@ercbpo.com | May 18 2022 20:36:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518447268  | + | EDI: IRS.COM | May 19 2022 00:33:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518551351  |   | EDI: JEFFERSONCAP.COM | May 19 2022 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518447269  |   | EDI: JPMORGANCHASE |   |   |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 19 2022 00:33:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 518447260 | | EDI: JPMORGANCHASE | May 19 2022 00:33:00 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 518756948 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2022 20:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518756949 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2022 20:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518447270 | ^ | MEBN | May 18 2022 20:33:21 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518447271 | + | Email/Text: EBN_Waco@Receivemorermp.com | May 18 2022 20:36:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 518447272 | | EDI: PRA.COM | May 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518539214 | | EDI: PRA.COM | May 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518506057 | + | Email/Text: bncmail@w-legal.com | May 18 2022 20:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518447276 | + | EDI: RMSC.COM | May 19 2022 00:33:00 | Syncb/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 518447277 | | EDI: VERIZONCOMB.COM | May 19 2022 00:33:00 | Verizon, PO Box 25087, Attn: Caroline Maher, Wilmington, DE 19899-5087 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518447267 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518447266 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518447273 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 518557961 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Joseph M. Simonini Jr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9